938

■ MARY A. WILKINSON, Respondent, v. SAMUEL N. WILKINSON, Appellant.— Motion for stay dismissed as academic in view of the decision of this court in Wilkinson v. Wilkinson (10 A D 2d 937) decided simultaneously herewith. The surety company bond in the amount of $550 filed by the appellant as a condition for obtaining the temporary stay contained in the order to show cause dated May 2, 1960 is cancelled and the surety discharged from all liability thereunder. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ In the Matter of SEEMAN BROTHERS, INC., Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH P. MEANEY, Petitioner, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ MARY CASEY, Respondent, v. ANDREW ROSS et al., Appellants.— Judgment in favor of plaintiff after a nonjury trial modified, on the law and on the facts, and judgment directed in favor of plaintiff in the sum of $3,000, and, as so modified, affirmed, without costs. Upon all the evidence, we find the judgment below was excessive. In view of this finding, we are required by section 584 of the Civil Practice Act to grant judgment which the court below should have granted. (Calabria v. City & Suburban Homes Co., 5 A D 2d 983, affd. 5 N Y 2d 918; Leonard v. Frantz Co., 268 App. Div. 144; Bernardine v. City of New York, 268 App. Div. 444; 9 Carmody-Wait, New York Practice, § 177, p. 603.) Concur — Botein, P. J., Rabin and McNally, JJ.; Valente and Stevens, JJ., dissent in the following memorandum: We dissent and vote to reverse and dismiss the complaint on the ground that plaintiff was guilty of contributory negligence as a question of fact. Settle order. [22 Misc 2d 101.]

■ CECIL A. STEEVES, Respondent, v. HERCULES FOOD SERVICE EQUIPMENT, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ MURRAY LEVINE, Appellant, v. IDA HERZFELD et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ 770–8 AVENUE CORP., Respondent, v. BESSIE PROPER, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.